AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

IN RE GRANITEVILLE TRAIN DERAILMENT

Jessica Curtis, Timothy Ard, James Splawn, Bethlehem Baptist Church of Graniteville, Inc., Mike Williams Construction LLC, Elizabeth R. Cutright, and Tina Bevington, individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

Norfolk Southern Railway Company,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:05-115-MBS

**[X] Decision by Court.**  This action came to hearing before the Court.  The Court having certified the Class for purposes of settlement and having approved the Class Action Settlement,

    **IT IS ORDERED AND ADJUDGED** that all Released Claims of the Class against all Released Entities are dismissed with prejudice.  All claims of Class Members that are not Released Claims are dismissed without prejudice.

    **IT IS FURTHER ORDERED AND ADJUDGED** that all Class Members, and all other persons and entities claiming by, through, or on behalf of, a Class Member, are hereby forever barred and enjoined from commencing, filing, initiating, instituting, prosecuting, maintaining, or consenting to any action against the Released Entities with respect to the Released Claims and forever discharge and hold harmless the Released Entities of and from any and all Released Claims which the Class Member has or may hereafter have.

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel are awarded attorneys' fees.

                        LARRY W. PROPES, Clerk

                        By: <u>s/Charles L. Bruorton</u>
                              Deputy Clerk

August 26, 2005