# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Jessica Curtis, Timothy Ard, James Splawn,
Bethlehem Baptist Church of Graniteville, Inc.,
Mike Williams Construction LLC, Elizabeth R.
Cutright, and Tina Bevington, individually and
on behalf of all others similarly situated,
*Plaintiffs*
v.  Civil Action No.  1:05-115-MBS
Norfolk Southern Railway Company
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the defendant, Norfolk Southern Railway Company, shall recover from the plaintiff's counsel, individually, for attorney's fees the sum of Fifty-four Thousand, One Hundred Sixteen and 18/100 ($54,116.18) Dollars.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the defendant's motion for attorney's fees.

Date:  June 21, 2010  *CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*