AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Jessica Curtis, Timothy Ard, James Splawn,
Bethlehem Baptist Church of Graniteville, Inc.,
Mike Williams Construction LLC, Elizabeth R.
Cutright, and Tina Bevington, individually and
on behalf of all others similarly situated Olvera,
Abner Johnson, Lillian D. Witt, Marion Williams,
and Phyllis Williams, individually and on behalf of
all others similarly situated
                 *Plaintiff*s
                      v.                                    Civil Action No.    1:05-115-MBS
Norfolk Southern Railway Company
                 *Defendant*

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the defendant, Norfolk Southern Railway Company, shall recover from the plaintiffs', counsel, individually for attorney's fees in the sum of Forty-nine Thousand, Six Hundred Seventy-four and 76/100 ($49,674.76) Dollars.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒  other:

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having entered an order filed on  March 29, 2011 granting the defendant's motion for attorney's fees.

Date:   March 29, 2011                                      *CLERK OF COURT*

                                                             s/Angie Snipes

                                                       *Signature of Clerk or Deputy Clerk*